IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA *ex rel*
RELATOR LLC,

    Plaintiffs,

v.                                                    1:24-CV-155-RP

DUANE MCGLAUFLIN, et al.,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Defendants Duane McGlauflin, Dean Tomme and DNT Construction, LLC's (collectively, "Defendants") Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P 12(a), 31 U.S.C. § 3730(e)(4), Fed. R. Civ. P. 8(a) and Fed. R. Civ. P. 9(b) and Request for Judicial Notice, (Dkt. 20). (R. & R., Dkt. 32). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued her report and recommendation on May 29, 2026. (*Id.*). As of the date of this order, no party has filed objections to the report and recommendation. Also before the Court is Defendants' Motion for Leave to File Original Answer and Affirmative and Other Defenses.[1] (Mot. for Leave, Dkt. 33).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report

---

[1] Defendants seek leave to file a purportedly untimely responsive pleading to Plaintiff's Complaint. (Mot. for Leave, Dkt. 33, at 3).

1

and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Additionally, the Court will dismiss Defendants' Motion for Leave to File Original Answer and Affirmative and Other Defenses, (Dkt. 33), as moot, as it is premature. The fourteen-day deadline to file a responsive pleading pursuant to Federal Rule of Civil Procedure 12(a)(4)(A) is only triggered if "the Court denies the motion [to dismiss]." Fed. R. Civ. P. 12(a)(4)(A). As such, the fourteen-day deadline runs from the date of this Order, rather than from the date of the Magistrate Judge's report and recommendation on the motion.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 32), is **ADOPTED**. Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P 12(a), 31 U.S.C. § 3730(e)(4), Fed. R. Civ. P. 8(a) and Fed. R. Civ. P. 9(b) and Request for Judicial Notice, (Dkt. 20), is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to File Original Answer and Affirmative and Other Defenses, (Dkt. 33), is **DISMISSED AS MOOT** due to it being premature.

**SIGNED** on June 23, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2